UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDITH ABASI MWILA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>Defendants. | Civil Action No. 08-1377 (JDB) |

## ORDER

Upon consideration of [36-44] Special Master John Swanson's Reports and [53] plaintiffs' Proposed Findings of Fact and Conclusions of Law, and the entire record herein, it is hereby

**ORDERED** that [36-44] the Special Master Reports are adopted in part and modified in part as described in the accompanying Memorandum Opinion issued on this date; it is further

**ORDERED** that judgment is entered in favor of plaintiffs and against defendants in the total amount of $419,752,640.49; and it is further

**ORDERED** that each plaintiff is entitled to damages in the amounts listed in the accompanying chart.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: March 28, 2014

| | Name of Victim | Injured/ Deceased | Family Members | Relation | Economic Damages | Pain & Suffering Damages | Solatium Damages | Subtotal | Total Award (with applicable prejudgment interest) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | John Victim Asmith | Deceased | | | $75,078.89 | | | $75,079 | $75,078.89 |
| 2 | | | Jane Spouse Asmith | Wife | | | $8,000,000 | $8,000,000 | $18,094,800.00 |
| 3 | | | John Child1 Asmith | Son | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 4 | | | Jane Child2 Asmith | Daughter | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 5 | | | Jane Child3 Asmith | Daughter | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 6 | John Victim Bsmith | Injured | | | $48,315.38 | $5,000,000 | | $5,048,315 | $11,357,565.38 |
| 7 | | | Jane Spouse Bsmith | Wife | | | $4,000,000 | $4,000,000 | $9,047,400.00 |
| 8 | | | John Child1 Bsmith | Son | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 9 | | | John Child2 Bsmith | Son | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 10 | | | Jane Child3 Bsmith | Daughter | | | $0 | $0 | $0.00 |
| 11 | | | John Child4 Bsmith | Son | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 12 | | | Jane Child5 Bsmith | Daughter | | | $0 | $0 | $0.00 |
| 13 | | | John Child6 Bsmith | Son | | | $0 | $0 | $0.00 |
| 14 | John Victim Csmith | Injured | | | $10,120.52 | $5,000,000 | | $5,010,121 | $11,319,370.52 |
| 15 | | | Jane Spouse Csmith | Wife | | | $4,000,000 | $4,000,000 | $9,047,400.00 |
| 16 | | | Jane Child1 Csmith | Daughter | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 17 | | | John Child2 Csmith | Son | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 18 | | | John Child3 Csmith | Son | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 19 | | | John Child4 Csmith | Son | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 20 | | | Jane Child5 Csmith | Daughter | | | $0 | $0 | $0.00 |
| 21 | John Victim Dsmith | Injured | | | $8,455.66 | $2,500,000 | | $2,508,456 | $5,663,080.66 |
| 22 | | | Jane Spouse Dsmith | Wife | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 23 | | | Jane Child1 Dsmith | Daughter | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 24 | | | Jane Child2 Dsmith | Daughter | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 25 | | | John Child3 Dsmith | Son | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 26 | | | John Child4 Dsmith | Son | | | $0 | $0 | $0.00 |
| 27 | | | John Child5 Dsmith | Son | | | $0 | $0 | $0.00 |
| 28 | John Victim Esmith | Injured | | | $34,174.09 | $5,000,000 | | $5,034,174 | $11,343,424.09 |
| 29 | | | Jane Spouse Esmith | Wife | | | $0 | $0 | $0.00 |
| 30 | | | John Child1 Esmith | Son | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 31 | | | Jane Sibling1 Esmith | Sister | | | $1,250,000 | $1,250,000 | $2,827,312.50 |

| # | Victim | Status | Claimant | Relation | Col5 | Col6 | Col7 | Col8 | Col9 |
|---|---|---|---|---|---|---|---|---|---|
| 32 | | Deceased | | | $51,352.76 | | | $51,353 | $51,352.76 |
| 33 | John Victim Fsmith | | Jane Spouse Fsmith | Wife | | | $8,000,000 | $8,000,000 | $18,094,800.00 |
| 34 | | | Jane Child1 Fsmith | Daughter | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 35 | | | Jane Child2 Fsmith | Daughter | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 36 | | | John Child3 Fsmith | Son | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 37 | | | Jane Child4 Fsmith | Daughter | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 38 | | | John Child5 Fsmith | Son | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 39 | | | John Child6 Fsmith | Son | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 40 | | Deceased | | | $127,519.23 | | | $127,519 | $127,519.23 |
| 41 | Jane Victim Gsmith | | John Spouse Gsmith | Husband | | | $8,000,000 | $8,000,000 | $18,094,800.00 |
| 42 | | | Jane Child1 Gsmith | Daughter | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 43 | | | John Child2 Gsmith | Son | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 44 | | Deceased | | | $76,894.84 | | | $76,895 | $76,894.84 |
| 45 | | | Jane Spouse Hsmith | Wife | | | $8,000,000 | $8,000,000 | $18,094,800.00 |
| 46 | | | John Child1 Hsmith | Son | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 47 | John Victim Hsmith | | John Child2 Hsmith | Son | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 48 | | | Jane Child3 Hsmith | Daughter | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 49 | | | John Child4 Hsmith | Son | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 50 | | | Jane Parent1 Hsmith | Mother | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 51 | | | John Sibling1 Hsmith | Brother | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 52 | | Deceased | | | $313,016.62 | | | $313,017 | $313,016.62 |
| 53 | | | John Child1 Ismith | Son | | | $5,000,000 | $5,000,000 | $11,309,250.00 |
| 54 | | | John Sibling1 Ismith | Brother | | | $4,000,000 | $4,000,000 | $9,047,400.00 |
| 55 | John Victim Ismith | | Jane Sibling2 Ismith | Sister | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 56 | | | Jane Sibling3 Ismith | Sister | | | $2,500,000 | $2,500,000 | $5,654,625.00 |
| 57 | | | John Ismith | | | | $0 | $0 | $0.00 |
| 58 | | | Jane Ismith | | | | $0 | $0 | $0.00 |
| | | | TOTALS | | $744,927.99 | $17,500,000 | $167,750,000 | $185,994,928 | $419,752,640.49 |